## SHIELDS *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 7, September Term, 1958.]

*Decided October 23, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

This is an application by Nathaniel Shields for leave to appeal from the denial of a writ of *habeas corpus*.

The petitioner was denied an application for such leave to appeal by this Court in *Shields v. Warden*, 212 Md. 655.

The only additional allegation raised on this appeal is that there was not sufficient evidence presented during the trial of the petitioner to justify a conviction. It is well settled that *habeas corpus* proceedings are not intended to be, and cannot be used as, a substitute for a motion for a new trial or an appeal, and that the sufficiency of the evidence cannot be raised by a *habeas corpus* proceeding. *Langrehr v. Warden,* 214 Md. 645; *Smith v. Warden,* 214 Md. 666.

*Application denied, with costs.*